```
                                    FILED
                                    February 20, 2009
                                    CLERK, US DISTRICT COURT
                                    EASTERN DISTRICT OF
                                    CALIFORNIA
                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Case No. CR. S-09-0066 GEB
            Plaintiff,          )
v.                              )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
GARY LORENZO GEORGE,            )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release GARY LORENZO GEORGE, Case No. CR. S-09-0066 GEB, Charge  Title 18 USC § 371 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    X    Bail Posted in the Sum of $ 100,000.00

    X    Unsecured Appearance Bond  Co-signed by 2/23/09

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    X    (Other)  Pre Trial Services Supervision of Conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on February 20, 2009 at 3:25 pm.

                                    By  /s/ Dale A. Drozd
                                        Dale A. Drozd
                                        United States Magistrate Judge