1  **MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
2  428 J Street, Suite 350
Sacramento, California 95814
3  Telephone: (916) 443-0217

4  Attorney for Defendant
Gary George

5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA        )    No. Cr.S-09-66 GEB/GGH
                                   )
10                    Plaintiff    )    STIPULATION AND ORDER MODIFYING
                                   )    CONDITIONS OF RELEASE
11           v.                    )
                                   )
12  GARY GEORGE,                   )
                                   )
13                    Defendant    )
   _____)

14

15      On February 20, 2009, this Court released the above named

16  defendant pre-trial on release conditions.

17      For the reasons stated below, it is hereby stipulated and

18  agreed between the parties, defendant Gary George, thorough his

19  counsel, Michael B. Bigelow and the United States through its

20  counsel, Sean Flynn, that the conditions of pretrial release be

21  modified as set forth below. This stipulation has been discussed

22  with Pre-Trial Services Officer, Beth Baker, and she concurs.

23

24

25

                                   -1-

1    Mr. George may travel to Cleveland Ohio, to visit his son,

2   and then to New York for a family reunion. He may be absent from

3   the Eastern District for these purposes from June 10, 2009

4   through July 13, 2009. All other conditions of pretrial release

5   previously imposed shall remain in full force and effect.

6

7
    Respectfully submitted,
8

9

    DATED: May 27, 2009                    /S/ MICHAEL B. BIGELOW
10                                          Michael B. Bigelow
                                           Attorney for Defendant
11

12

13
    Dated: May 27, 2009                    /S/ SEAN FLYNN
14                                          Michael Beckwith
                                           Attorney for Plaintiff
15

16

17

18
    **IT IS SO ORDERED**
19

20
    May 28, 2009
21                                 /s/ Gregory G. Hollows

22                                 Hon. Gregory G. Hollows
                                   United States Magistrate Judge
23
        George.ord
24

25