**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Gary George

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-09-66 GEB |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITION OF PRE-TRIAL RELEASE |
| vs. | |
| GARY GEORGE, | |
| Defendant | |

On February 20, 2009, this Court released the above named defendant pre-trial on release conditions. For the reasons stated below, it is hereby stipulated and agreed between the parties, defendant Gary George, thorough his counsel, Michael B. Bigelow and the United States through its counsel, Sean Flynn, that the conditions of pretrial release be modified as set forth below. This stipulation has been discussed with Pre-Trial Services Officer, Beth Baker, and she concurs.

-1-

The defendant has been participating in mental health treatment with Mr. LaZansky, L.C.S.W, since March of 2009. Currently the defendant is being seen once a month for a one hour mental health session. Defendant's mental health counselor, Jim LaZansky, L.C.S.W. has recommended that the defendant's mental health counseling sessions be terminated.

All other conditions of pre trial release shall remain in effect. In addition, the defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

DATED: December 28, 2009                    Respectfully submitted,

                                              /S/MICHAEL B. BIGELOW
                                              Michael B. Bigelow
                                              Attorney for Defendant, G. George

DATED: December 28, 2009          /S/ SEAN FLYNN, Esq.
                                        Sean Flynn,
                                        Assistant United States Attorney
                                        Counsel the United States

**So Ordered.**

Dated:   December 30, 2009

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE