**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Gary George

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-09-66 GEB |
| Plaintiff, ) | STIPULATION AND ORDER MODIFYING |
| vs. ) | CONDITION OF PRE-TRIAL RELEASE |
| GARY GEORGE, ) | |
| Defendant ) | |

   On February 20, 2009, this Court released the above named defendant pre-trial on release conditions. For the reasons stated below, it is hereby stipulated and agreed between the parties, defendant Gary George, thorough his counsel, Michael B. Bigelow and the United States through its counsel, Philip Ferrari, that the conditions of pretrial release be modified as set forth below. This stipulation has been discussed with Pre-Trial Services Officer, Beth Baker, and she concurs.

-1-

Mr. George's medical condition has grown worse in the past months and he is undergoing significant medical treatment. As a consequence, additional medical intervention is required. Therefore, it is recommended that Mr. George participate in a program of medical and psychiatric treatment, including treatment for drug or alcohol dependency, as approved by pretrial services officer.

Accordingly, it is agreed that Mr. George's pre-trial release conditions may be modified and that he be ordered to participate in a program of medical and psychiatric treatment, including treatment for drug or alcohol dependency, as approved by pretrial services officer.

All other conditions of pre trial release shall remain in effect.

**IT IS SO STIPULATED**

DATED: January 28, 2011		/S/MICHAEL B. BIGELOW
				Michael B. Bigelow
				*Attorney for Defendant, G. George*

1  DATED: January 28, 2011          /S/ PHILLIP FERRARI
                                    Phillip Ferrari,
2                                   Assistant United States Attorney
                                    Counsel the United States
3

4
   So Ordered.
5
   DATED:   January 28, 2011
6
                                    EDMUND F. BRENNAN
7                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-3-